NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER PEREZ MARTINEZ and EDGAR LUNA AYAVIRI, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., a California Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:22-cv-02106-FWS-KES <br><br> Judge: Hon. Fred W. Slaughter <br><br> **ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [106]** |

///

///

///

Having reviewed and considered the Joint Stipulation for Dismissal with Prejudice [106] ("Stipulation"), between Plaintiff JENNIFER PEREZ MARTINEZ and Plaintiff EDGAR LUNA AYAVIRI, and Defendant AMERICAN HONDA MOTOR CO., INC. (together "Parties"), the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE** as to all claims, causes of actions, and Parties.

**IT IS SO ORDERED**.

Dated: April 18, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE